IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHONDA WILLIAMSON,
individually and on behalf of
other members of the general
public similarly situated,

    Plaintiff,

v.

INTERNATIONAL QUALITY
HEALTHCARE CORPORATION,

    Defendant.

:
:
:
:
:

Case No. 3:18-cv-35

JUDGE WALTER H. RICE

---

DECISION AND ENTRY GRANTING PLAINTIFF'S REQUEST FOR AN
EXTENSION OF TIME TO PERFECT SERVICE; GRANTING LEAVE TO
DELIVER TO THE COURT NEW COPIES OF COMPLAINT AND
SUMMONS WITHIN THREE BUSINESS DAYS OF THIS ORDER

---

This case was recently transferred to the undersigned from the Eastern Division at Columbus. After Plaintiff obtained an Entry of Default, Magistrate Judge Jolson issued an Order directing Plaintiff to show cause why the action should not be dismissed for failure to prosecute. Doc. #10. Plaintiff filed a Response to the Court's Order to Show Cause, Doc. #11, indicating that, due to an incorrect address, it appeared that Defendant had not been properly served. Plaintiff requested that the Court vacate the Entry of Default, and permit her to deliver to the Court new copies of the Complaint and court-issued summons within

three days of the Court's Order so that Defendant can be re-served at the correct mailing address, which is in Dayton, Ohio.

Magistrate Judge Jolson issued an Order vacating the Entry of Default, and transferring the case to the Western Division of the Southern District of Ohio, at Dayton, for all further proceedings, including a ruling on Plaintiff's request for an extension to perfect service. Doc. #14.

For good cause shown, the Court SUSTAINS Plaintiff's request. Within three business days of the date of this Order, Plaintiff shall deliver to the Court new copies of the Complaint and court-issued summons to be served on Defendant at the correct address.

Date: May 4, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE