IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHONDA WILLIAMSON,

    Plaintiff,

v.

INTERNATIONAL QUALITY
HEALTHCARE CORPORATION,

    Defendant.

:
:
:
:
:

Case No. 3:18-CV-35

JUDGE WALTER H. RICE

---

ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO
PROSECUTE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT
AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

On December 10, 2018, the Court ordered Plaintiff to show cause why this FLSA collective action should not be dismissed without prejudice for failure to prosecute. Doc. #19. In response, Plaintiff's counsel has represented to the Court, via an email message dated December 19, 2018, that Plaintiff does not object to the dismissal of this action without prejudice, given Defendant's current situation.

Accordingly, the above-captioned case is DISMISSED WITHOUT PREJUDICE for want of prosecution.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 26, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE